JOHN F. NYACK *v.* ANTHONY P. AIARDO, ADMINIS-
TRATOR (ESTATE OF ANTHONY J. AIARDO), ET AL.
(11431)

FOTI, LAVERY and HEIMAN, Js.

Argued June 8—decision released June 29, 1993

*Alexander Scheirer,* for the appellant (plaintiff).

*James O'Connor Shea,* with whom, on the brief, was
*Herbert D. Fischer,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.